# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

132597-98

ALLSTATE INSURANCE COMPANY, CNA
PERSONAL INSURANCE, and CONTINENTAL
INSURANCE COMPANY,
      Plaintiffs-Appellants,

v

FREDERICK K. LEWERENZ, D.O., d/b/a
DEARBORN DIAGNOSTIC CLINIC, NFC/
TRI-COUNTY, FAMILY REHABILITATION
CENTER, LEWERENZ HEALTH & WELLNESS
COMPANY, LEWERENZ CENTER FOR
HEALTH, FK LEWERENZ HEALTH &
WELLNESS, DEARBORN FAMILY & SPORTS
MEDICINE, LEWERENZ CLINIC, P.C., NFC,
LEWERENZ CLEARING, LEWERENZ CLINIC,
P.C., and JASPER McLAURIN, M.D.,
      Defendants-Appelles.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132597-98
COA: 261296, 261299
Macomb CC: 2002-002895-CK

      On order of the Court, the application for leave to appeal the October 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007

t0425

_____
Clerk